STANLEY G. HILTON, ESQ., SBN 65990
580 California Street, Rm. 500
San Francisco, CA 94104
Telephone: 415-439-4893

Attorney for Defendant, **LAL BHATIA**

FILED
NOV 2 1 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LAL BHATIA, <br><br> Defendant. | US District Court Judge Claudia Wilken <br><br> Case No.: CR04-40071 CW <br><br> STIPULATION AND [~~PROPOSED~~] ORDER FURTHER MODIFYING RELEASE CONDITIONS OF BAIL PENDING APPEAL |

On December 18, 2006, the Court granted Lal Bhatia ("Mr. Bhatia's") motion for bail pending appeal subject to Home Confinement and Electronic Monitoring to be effective by December 20, 2006. The Court determined that Mr. Bhatia would be able to leave his home for work, religious activities, to meet with his attorneys and for medical reasons, any other modification or change would require this Court's prior approval.

Mr. Bhatia would like to celebrate Thanksgiving with family and friends on November 24, 2007.

IT IS THEREFORE STIPULATED AND AGREED that:

Mr. Bhatia is permitted to stay out on November 25, 2007 until 1:45 am to celebrate Thanksgiving.

Dated: November 2 2007

Stephen G. Corrigan
Assistant United States Attorney

Dated: November 13, 2007

Stanley Hilton, Esq.
Attorney for Defendant Lal Bhatia

Good cause appearing therefore, IT IS ORDERED, that defendant Lal Bhatia's conditions for release pending appeal are further modified to reflect the above stipulation, in addition to the previously modified conditions.

Dated: November 21, 2007

Claudia Wilken
United States District Judge