STANLEY G. HILTON, ESQ., SBN 65990
580 California Street, Rm. 500
San Francisco, CA 94104
Telephone: 415-786 4821
FAX 415 439 4963
E MAIL: 4561414@GMAIL.COM

Attorneys for Defendant, LAL BHATIA

**FILED**
DEC 1 3 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LAL BHATIA,

    Defendant.

Case No.: CR-04-40071 CW AND CR-05-00334-SBA

**STIPULATION AND ORDER TO CONTINUE BAIL REVIEW HEARING**

It is hereby stipulated by and between the parties that the BAIL REVIEW HEARING on the above-referenced cases shall be CONTINUED from December 17, 2007 at 10:00 am to December 19, 2007 at 10:00 am, due to schedule conflict of defendant's attorney

DATE DEC 11 2007

_[signature]_

Stanley G. Hilton, Esq.
Attorneys for Defendant,
Lal Bhatia

_[signature]_ 12/12/07

STEPHEN CORRIGAN,
ASSISTANT US ATTORNEY
FOR PLAINTIFF UNITED STATES OF AMERICA

cc: WDB's Stats, Copy to parties via ECF
Pretrial, Sheilah, Desai, Financial

## ORDER

Good cause appearing, IT IS HEREBY ORDERED THAT the BAIL REVIEW HEARING on these cases shall be CONTINUED from December 17, 2007 to December 19, 2007 at 10:00 am.

Date  12-13-07

*/s/ Wayne D. Brazil*
WAYNE BRAZIL
US MAGISTRATE JUDGE