03/25/2008 09:38 5106373724 US ATTORNEYS OFFICE PAGE 01/02
Mar 25 08 09:41a Law Offices of Skapoor 9258311059 p.1
Case 4:04-cr-40071-CW Document 305 Filed 03/29/08 Page 1 of 2

SUNITA KAPOOR, LL.M, CSBN 154186
LAW OFFICES OF SUNITA KAPOOR
4115 Blackhawk Plaza Circle, Suite 100
Danville, California 94506
Telephone: (925) 736-2324
Facsimile: (925) 831-1059

Attorney for Defendant, LAL BHATIA

FILED

MAR 2 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> LAL BHATIA, <br> Defendant. | US District Court Judge Claudia Wilken <br> Case No.: CR04-40071 CW <br> STIPULATION AND [~~PROPOSED~~] ORDER EXONERATING BOND, RELEASING PASSPORTS AND REMOVING LIEN |

As Lal Bhatia voluntarily surrendered on March 19, 2008.

IT IS THEREFORE STIPULATED AND AGREED that:

1. The $1M personal bond provided by Shivani Bhatia shall be exonerated;

2. The passports of Shivani Bhatia, Karishma Bhatia and Nisha Bhatia shall be released and

3. The Lien placed by the Government upon 2900 Cedro Lane, Walnut Creek, CA 94598 shall be removed by the Government forthwith.

STIPULATION AND [PROPOSED] ORDER EXONERATING BOND, RELEASING PASSPORTS AND REMOVING LIEN

03/25/2008 09:38 5106373724 US ATTORNEYS OFFICE PAGE 02/02
Mar 25 08 09:41a Law Offices of S Kapoor 9256371858 p.2
Case 4:04-cr-40071-CW Document 305 Filed 03/28/08 Page 2 of 2

Dated: March 25, 2008

Stephen G. Corrigan
Assistant United States Attorney

Dated: March 25, 2008

Sunita Kapoor, LL.M
Attorney for Lal Bhatia

Good cause appearing therefore, IT IS ORDERED, that:

1. The $1M personal bond provided by Shivani Bhatia is exonerated;
2. The passports of Shivani Bhatia, Karishma Bhatia and Nisha Bhatia shall be released and
3. The Lien placed by the Government upon 2900 Cedro Lane, Walnut Creek, CA 94598 shall be removed by the Government forthwith.

Dated: March 28, 2008

Hon. Claudia Wilken
United States District Judge

STIPULATION AND [PROPOSED] ORDER EXONERATING BOND, RELEASING PASSPORTS AND REMOVING LIEN