IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LAL BHATIA,  
        Movant,  
    v.  
UNITED STATES OF AMERICA,  
        Respondent.  
_____/

NO.  C 07-5583 CW  
    CR04-40071 CW

ORDER TO SHOW CAUSE

Movant files this motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence. Good cause appearing, the Court hereby issues the following orders:

1. The Clerk of the Court shall serve by certified mail a copy of this Order and the motion and all attachments thereto upon Respondent and Respondent's attorney, the United States Attorney. The Clerk shall also serve a copy of this Order on Movant and his attorney.

2. Respondent shall file with this Court and serve upon Movant and his attorney, within thirty (30) days of the issuance of this Order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2255 Cases, 28 U.S.C. foll. § 2255.

3. If Movant wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it upon Respondent

1  within thirty (30) days of his receipt of the answer.

3   IT IS SO ORDERED.

5  Dated:8/25/08_____



_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

9  Copies mailed to parties
   noted on attached sheet

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

BHATIA,

       Plaintiff,

v.

USA,

       Defendant.

Case Number: CV07-05583 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lal Bhatia Reg. #97562-011
Taft Correctional Institution
1500 Cadet Road
P.O. Box 7001
Taft, CA 93268

Attorney General
U.S. Department of Justice
Washington, D.C.  20530

Steve Corrigan
U.S. Attorney's Office
1301 Clay Street
Oakland, CA  94612

Dated: August 25, 2008

                        Richard W. Wieking, Clerk
                        By: Sheilah Cahill, Deputy Clerk

3