IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LAL BHATIA,

       Movant,

  v.

UNITED STATES OF AMERICA,

       Respondent.
                                      /

No. C 07-5583 CW
CR 04-40071CW

ORDER DENYING
CERTIFICATE OF
APPEALABILITY

    Movant Lal Bhatia has filed a notice of appeal of the Court's September 23, 2009 Order Denying Petition For Writ of Audita Querela and Denying Motion for Sanctions.  Because this appeal arises from the denial of a motion for relief from the Court's March 10, 2009 order denying Movant's motion under 28 U.S.C. § 2255, the Court must consider whether to issue a certificate of appealability.

    Movant's right to appeal the Court's denial of a § 2255 motion is governed by 28 U.S.C. § 2253(c), which states,

> (1) Unless a circuit justice or judge issues a certificate of appealability, an appeal may not be taken to the court of appeals from--
> (A) the final order in a habeas corpus proceeding in which the detention complained of arises out of process issued by a State court; or
> (B) the final order in a proceeding under

> section 2255.
>
> (2) A certificate of appealability may issue under paragraph (1) only if the applicant has made a substantial showing of the denial of a constitutional right.
>
> (3) The certificate of appealability under paragraph (1) shall indicate which specific issue or issues satisfy the showing required by paragraph (2).

28 U.S.C. § 2253(c)(1)-(3). The Ninth Circuit has interpreted the phrase "circuit justice or judge" to include district court judges. United States v. Asrar, 116 F.3d 1268, 1269-70 (9th Cir 1997). A certificate of appealability should be granted "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

For the reasons stated in the Court's September 23, 2009 Order, Movant has failed to make a substantial showing of the denial of a constitutional right. Therefore, the certificate of appealability is denied.

IT IS SO ORDERED.

Dated: February 11, 2010

CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

USA et al,

        Plaintiff,

  v.

BHATIA et al,

        Defendant.

Case Number: CR04-40071 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 11, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lal Bhatia
97562-011/A2D
Taft Correctional Institution
P.O. Box 7001
Taft, CA 93268

Dated: February 11, 2010

        Richard W. Wieking, Clerk
        By: Ronnie Hersler, Administrative Law Clerk

3